32 A.3d 586

In re R.I.S.

Petition of C.S., Father.

In re A.I.S.

Petition of C.S., Father.

In the Interest of R.I.S., Minor.

Petition of C.S., Father.

In the Interest of A.I.S., Minor.

Petition of C.S., Father.

Supreme Court of Pennsylvania.

March 25, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 25th day of March, 2011, the Petition for Allowance of Appeal is **GRANTED** on the following issue:

> Whether the Superior Court erred in reversing the trial court's placement goal determination and in relying solely on the fact of Petitioner's incarceration to terminate his parental rights.